United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:  CV-07-5504 PJH

Date Filed:  2/21/08

**Document:**

____ Reporter's Transcript:

____ Trial Exhibits:

____ Lodged Documents:

____ Sealed Documents

____ Declaration:

_X__ Other:  Administrative Transcript

**Location:**

_X_ Expando (Next to Case File)

____ Overflow Shelf:

____ Vault

____ Other:

## Document Number:  12