UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA ANN HADNOT,

      Plaintiff,

No. C 07-5504 PJH

**ORDER TO SHOW CAUSE**

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

_____/

This appeal from a decision by the Commissioner of Social Security was filed on October 29, 2007. Defendant answered on February 21, 2008. According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment by March 24, 2008. Plaintiff, who is represented by counsel, has not done so. It has come to the court's attention that on March 21, 2008, plaintiff's counsel filed a stipulation for an extension of time to file her motion for summary judgment **on March 31, 2008.** However, the court just became aware of that stipulation, which was e-filed, because plaintiff's counsel failed to comply with Civil L.R. 5-1(b), which requires that a chambers copy of the stipulation be provided to chambers. Unlike counsel, the undersigned judge does not receive an email notification every time something in one of her four hundred plus cases is e-filed.

Because the court never approved the stipulation, plaintiff's motion is nearly four weeks overdue. Nevertheless, even if the court had signed the stipulation, plaintiff's counsel failed to file the motion for summary judgment by the **March 31, 2008** date she specified in the stipulation.

1    Plaintiff is hereby ordered to show cause regarding why she failed to file and
2 serve her motion within **ten days** of the date of this order.  Plaintiff is advised that if she
3 fails to respond to this court's order, her appeal will be dismissed with prejudice with no
4 further hearing or briefing.  Plaintiff is also advised that she must comply with the local
5 rules in the future, including Civil L.R. 5-1(b), which requires the delivery of chambers
6 copies.

7    **IT IS SO ORDERED.**

9 Dated: April 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge