UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA ANN HADNOT,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 07-5504 PJH

**ORDER TO SHOW CAUSE**

This appeal from a decision by the Commissioner of Social Security was filed on October 29, 2007. Defendant answered on February 21, 2008. Following the court's April 17, 2008 order to show cause, plaintiff filed her motion for summary judgment on April 28, 2008. According to Civil Local Rule 16-5, defendant was required to file his opposition to plaintiff's motion for summary judgment by May 28, 2008. Defendant failed to do so.

Defendant is hereby ordered to show cause regarding why he failed to file and serve his motion within **ten days** of the date of this order.

**IT IS SO ORDERED.**

Dated: June 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge