1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DEBRA ANN HADNOT,                )
                                    )   CIVIL NO. C-07-5504 PJH
12      Plaintiff,                  )
                                    )
13      v.                          )   STIPULATION AND ORDER FOR
                                    )   EXTENSION
14 MICHAEL J. ASTRUE,               )
   Acting Commissioner of           )
15 Social Security,                 )
                                    )
16      Defendant.                  )
   _____)
17

18      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that the Commissioner have a 60-day extension of time in which to file a response

20 to Plaintiff's Motion for Summary Judgment. The extension is necessary because, due to a family health

21 crisis, the Special Assistant United States Attorney for the Commissioner inadvertently failed to calendar

22 her response to Plaintiff's Motion for Summary Judgment when it was originally filed on April 28, 2008,

23 and currently has an extremely heavy case load that includes a Ninth Circuit oral argument, an appeal

24 recommendation and 7 district court deadlines all before July 23, 2008.

25      The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on

26 July 28, 2008 (day 60 falls on a Sunday).

27 ///

28 ///

| | |
|---|---|
| Dated: July 7, 2008 | /s/ *Bess M. Brewer*<br>  (As authorized via email on July 3, 2008)<br>CARL T. WINDELL<br>Attorney for Plaintiff |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: July 7, 2008 | By: /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including July 28, 2008, to respond to Plaintiff's Motion for Summary Judgment.

Dated: July 11, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2